| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **TOTAL POTENTIAL CATALINK ACCESS** | | |
| 2 | | | | | | | (Catalink Customers [APX2597, 2602-2604] | | |
| 3 | | | | | | | Catalog Access [APX3787-3847] | | |
| 4 | | | | | | | | | |
| 5 | 623 - 2010 | scrapingevidence | FileAccessHistories | A1PDFMetaData | WATER | SEED | Institution_Name | Edition - Low Year | Edition - High Year |
| 6 | | | | | | | Arcadia University | 2001 | 2002 |
| 7 | | | | | | | Arcadia University | 2002 | 2004 |
| 8 | | | | | | | Arkansas State University | 1999 | 2000 |
| 9 | | | | | | | Arkansas State University | 2001 | 2002 |
| 10 | | | | | | | Arkansas State University | 2002 | 2004 |
| 11 | | | | | | | Arkansas State University | 2004 | 2005 |
| 12 | x | | | | | | Arkansas State University | 2005 | 2006 |
| 13 | | | | | | | Boise State University | 2000 | 2001 |
| 14 | | | | | | | Boise State University | 2001 | 2002 |
| 15 | | | | | | | Boise State University | 2002 | 2003 |
| 16 | | | | | | | Boise State University | 2003 | 2004 |
| 17 | | | | | | | Boise State University | 2004 | 2005 |
| 18 | | | | | | | Boise State University | 2005 | 2006 |
| 19 | | | | | | | Boise State University | 2006 | 2007 |
| 20 | | | | x | | | Butte College | 1995 | 1996 |
| 21 | | | | | | | Butte College | 1996 | 1997 |
| 22 | | | | | | | Butte College | 1997 | 1998 |
| 23 | | | | | | | Butte College | 1998 | 1999 |
| 24 | | | | | | | Butte College | 1999 | 2000 |
| 25 | | | | | | | Butte College | 2000 | 2001 |
| 26 | | | | | | | Butte College | 2001 | 2002 |
| 27 | | | | | | | Butte College | 2002 | 2003 |
| 28 | | | | | | | Butte College | 2003 | 2004 |
| 29 | | | | | | | Butte College | 2004 | 2005 |
| 30 | | | | | | | Butte College | 2005 | 2006 |
| 31 | x | | | | | | Butte College | 2006 | 2007 |
| 32 | | | | | | | California State University Northridge | 1998 | 2000 |
| 33 | | | | | | | California State University Northridge | 2002 | 2004 |
| 34 | | | | | | | California State University Northridge | 2004 | 2006 |
| 35 | x | | | | | | California State University Northridge | 2006 | 2008 |
| 36 | | | | | | | Cedar Crest College | 2000 | 2001 |
| 37 | | | | | | | Cedar Crest College | 2001 | 2002 |
| 38 | | | | | | | Cedar Crest College | 2002 | 2003 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 39 | | | | | | | Cedar Crest College | 2003 | 2004 |
| 40 | | | | | | | Cedar Crest College | 2004 | 2005 |
| 41 | | | | | | | Cedar Crest College | 2005 | 2006 |
| 42 | x | | | | | | Cedar Crest College | 2006 | 2007 |
| 43 | x | | | | | | Cedar Crest College | 2007 | 2008 |
| 44 | x | | | | | | Chadron State College | 2007 | 2009 |
| 45 | x | | | | | | Charleston Southern University | 2008 | 2009 |
| 46 | | | | x | | | Clarion University of Pennsylvania | 1998 | 2000 |
| 47 | | | | x | | | Clarion University of Pennsylvania | 2000 | 2002 |
| 48 | | | | x | | | Clarion University of Pennsylvania | 2002 | 2003 |
| 49 | | | | x | | | Clarion University of Pennsylvania | 2003 | 2005 |
| 50 | | | | x | | | Clarion University of Pennsylvania | 2005 | 2007 |
| 51 | | | | | x | x | Clarion University of Pennsylvania | 2007 | 2009 |
| 52 | | | | | | | Clarkson University | 2000 | 2001 |
| 53 | | | | | | | Clarkson University | 2001 | 2002 |
| 54 | | | | | | | Clarkson University | 2002 | 2003 |
| 55 | | | | | | | Clarkson University | 2003 | 2004 |
| 56 | | | | | | | Clarkson University | 2004 | 2005 |
| 57 | | | | | | | Clarkson University | 2005 | 2006 |
| 58 | | | | | | | College of William and Mary | 2000 | 2001 |
| 59 | | | | | | | College of William and Mary | 2001 | 2002 |
| 60 | | | | | | | College of William and Mary | 2002 | 2003 |
| 61 | | | | | | | College of William and Mary | 2003 | 2004 |
| 62 | | | | | | | College of William and Mary | 2004 | 2005 |
| 63 | x | | | | | | College of William and Mary | 2005 | 2006 |
| 64 | | | | | | | College of William And Mary | 2006 | 2007 |
| 65 | | | | x | | | Coppin State University (a.k.a. Coppin State College) | 1995 | 1997 |
| 66 | | | | | | | Coppin State University (a.k.a. Coppin State College) | 1997 | 1999 |
| 67 | x | | | | | | Coppin State University (a.k.a. Coppin State College) | 2000 | 2002 |
| 68 | | | | | | | CUNY Queens College | 2000 | 2001 |
| 69 | | | | | | | CUNY Queens College | 2001 | 2003 |
| 70 | x | | | | | | CUNY Queens College | 2003 | 2005 |
| 71 | x | | | | | | CUNY Queens College | 2007 | 2009 |
| 72 | | | | | | | CUNY Queensborough Community College | 2000 | 2001 |
| 73 | | | | | | | CUNY Queensborough Community College | 2001 | 2002 |
| 74 | | | | | | | CUNY Queensborough Community College | 2002 | 2003 |
| 75 | | | | | | | CUNY Queensborough Community College | 2003 | 2004 |
| 76 | | | | | | | CUNY Queensborough Community College | 2004 | 2005 |
| 77 | | | | | | | CUNY Queensborough Community College | 2005 | 2006 |
| 78 | x | | | | | | CUNY Queensborough Community College | 2006 | 2007 |
| 79 | x | | | | x | | CUNY Queensborough Community College | 2007 | 2008 |
| 80 | x | | | | | | CUNY Queensborough Community College | 2008 | 2009 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 81 | | | | | | | CUNY Queensborough Community College (edition unspecified) | | |
| 82 | | | | | | | Elmhurst College | 2000 | 2001 |
| 83 | | | | | | | Elmhurst College | 2001 | 2002 |
| 84 | | | | | | | Elmhurst College | 2002 | 2003 |
| 85 | | | | | | | Elmhurst College | 2003 | 2004 |
| 86 | | | | | | | Elmhurst College | 2005 | 2006 |
| 87 | x | | | | | | Elmhurst College | 2006 | 2007 |
| 88 | | | | | | | Elmhurst College (A1 error - 680 list splashpage screenshot has edition years 2003-2005 for file name, but edition years 2004-2005 for PDF content) | 2004 | 2005 |
| 89 | | | | | | | Fisher College | 2002 | 2003 |
| 90 | | | | | | | Fisher College | 2003 | 2004 |
| 91 | | | | | | | Fisher College | 2005 | 2006 |
| 92 | | | | | | x | Fisher College | 2006 | 2008 |
| 93 | | | | | | x | Fisher College | 2008 | 2009 |
| 94 | x | | | | | x | Flagler College | 2008 | 2009 |
| 95 | | | | x | | | Flagler College-Tallahassee | 1995 | 1996 |
| 96 | | | | | | | Flagler College-Tallahassee | 1996 | 1997 |
| 97 | | | | | | | Flagler College-Tallahassee | 1997 | 1998 |
| 98 | | | | | | | Flagler College-Tallahassee | 1998 | 1999 |
| 99 | | | | | | | Flagler College-Tallahassee | 1999 | 2000 |
| 100 | | | | | | | Flagler College-Tallahassee | 2000 | 2001 |
| 101 | | | | | | | Flagler College-Tallahassee | 2001 | 2002 |
| 102 | | | | | | | Flagler College-Tallahassee | 2002 | 2003 |
| 103 | x | | | | | | Flagler College-Tallahassee | 2003 | 2004 |
| 104 | | | | | | | Flagler College-Tallahassee | 2004 | 2005 |
| 105 | x | | | | | | Flagler College-Tallahassee | 2005 | 2006 |
| 106 | | | | x | | | Georgia Southern University | 1995 | 1996 |
| 107 | | | | | | | Georgia Southern University | 1996 | 1997 |
| 108 | | | | | | | Georgia Southern University | 1997 | 1998 |
| 109 | | | | | | | Georgia Southern University | 1998 | 1999 |
| 110 | | | | | | | Georgia Southern University | 1999 | 2000 |
| 111 | | | | | | | Georgia Southern University | 2000 | 2001 |
| 112 | | | | | | | Georgia Southern University | 2001 | 2002 |
| 113 | | | | | | | Georgia Southern University | 2002 | 2003 |
| 114 | | | | | | | Georgia Southern University | 2003 | 2004 |
| 115 | | | | | | | Georgia Southern University | 2004 | 2005 |
| 116 | | | | | | | Georgia Southern University | 2005 | 2006 |
| 117 | x | | | | | | Georgia Southern University | 2006 | 2007 |
| 118 | | | | | | | Highline Community College | 1998 | 2000 |
| 119 | | | | | | | Highline Community College | 2000 | 2002 |
| 120 | | | | | | | Highline Community College | 2001 | 2002 |
| 121 | | | | | | | Highline Community College | 2003 | 2005 |
| 122 | x | | | | | | Highline Community College | 2005 | 2007 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 123 | | x | | | | | Illinois State University (A1 error - scraping_evidence lists this institution as University of Illinois at Urbana-Champaigne but data is for Illinois State University) | 2008 | 2010 |
| 124 | x | | | | | | John Wood Community College | 2005 | 2006 |
| 125 | | | | | | | Kettering University | 2000 | 2001 |
| 126 | | | | | | | Kettering University | 2001 | 2002 |
| 127 | | | | | | | Kettering University | 2002 | 2003 |
| 128 | | | | | | | Kettering University | 2003 | 2004 |
| 129 | | | | | | | Kettering University | 2004 | 2005 |
| 130 | | | | | | | Kettering University | 2005 | 2006 |
| 131 | x | | | | | | Kettering University | 2006 | 2007 |
| 132 | | | | | | | Lake Superior State University | 1996 | 1998 |
| 133 | | | | | | | Lake Superior State University | 1998 | 2000 |
| 134 | | | | | | | Lake Superior State University | 2000 | 2002 |
| 135 | | | | | | | Lake Superior State University | 2002 | 2004 |
| 136 | | | | | | | Lake Superior State University | 2005 | 2006 |
| 137 | x | | | | | | Lake Superior State University | 2006 | 2009 |
| 138 | | | | | | | Marymount Manhattan College | 2001 | 2002 |
| 139 | | | | | | | Marymount Manhattan College | 2000 | 2001 |
| 140 | | | | | | | Marymount Manhattan College | 2002 | 2004 |
| 141 | | | | | | | Marymount Manhattan College | 2004 | 2005 |
| 142 | x | | | | | | Marymount Manhattan College | 2006 | 2007 |
| 143 | | | | | | | Montana Tech Of The University Of Montana | 1998 | 2000 |
| 144 | | | | | | | Montana Tech Of The University Of Montana | 2000 | 2001 |
| 145 | | | | | | | Montana Tech Of The University Of Montana | 2001 | 2002 |
| 146 | | | | | | | Montana Tech Of The University Of Montana | 2002 | 2003 |
| 147 | | | | | | | Montana Tech Of The University Of Montana | 2003 | 2004 |
| 148 | | | | | | | Montana Tech Of The University Of Montana | 2004 | 2005 |
| 149 | | | | | | | Montana Tech Of The University Of Montana | 2005 | 2006 |
| 150 | | | | | | | Montana Tech Of The University Of Montana | 2006 | 2007 |
| 151 | | | | | | | Montana Tech-college Of Technology | 1998 | 2000 |
| 152 | | | | | | | Montana Tech-college Of Technology | 2000 | 2001 |
| 153 | | | | | | | Montana Tech-college Of Technology | 2001 | 2002 |
| 154 | | | | | | | Montana Tech-college Of Technology | 2002 | 2003 |
| 155 | | | | | | | Montana Tech-college Of Technology | 2003 | 2004 |
| 156 | | | | | | | Montana Tech-college Of Technology | 2004 | 2005 |
| 157 | | | | | | | Montana Tech-college Of Technology | 2005 | 2006 |
| 158 | x | | | | | | Montana Tech-college Of Technology | 2006 | 2007 |
| 159 | | | | | | | Mott Community College | 2004 | 2005 |
| 160 | | | | | x | | North Greenville University (a.k.a. North Greenville College) | 1995 | 1997 |
| 161 | x | | | | | | North Greenville University (a.k.a. North Greenville College) | 1997 | 1999 |
| 162 | | | | | | | North Greenville University (a.k.a. North Greenville College) | 1997 | 1999 |

|   | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 163 |   |   |   |   |   |   | North Greenville University (a.k.a. North Greenville College) | 1999 | 2001 |
| 164 |   |   |   |   |   |   | North Greenville University (a.k.a. North Greenville College) | 2001 | 2003 |
| 165 |   |   |   |   |   |   | North Greenville University (a.k.a. North Greenville College) | 2003 | 2005 |
| 166 | x | x |   |   |   |   | North Greenville University (a.k.a. North Greenville College) | 2007 | 2009 |
| 167 |   |   |   |   |   |   | North Greenville University (a.k.a. North Greenville College;  A1 error - 680 list splashpage screenshot has edition years 2006-2007 for file name, but edition years 2005-2007 for PDF content) | 2005 | 2007 |
| 168 | x |   |   |   |   |   | North Greenville University (a.k.a. North Greenville College; 623 list shows 2006 start date, which is within edition year range) | 2005 | 2007 |
| 169 |   |   |   |   |   |   | Northeastern Illinois University | 2000 | 2001 |
| 170 |   |   |   |   |   |   | Northeastern Illinois University | 2001 | 2002 |
| 171 |   |   |   |   |   |   | Northeastern Illinois University | 2003 | 2004 |
| 172 |   |   |   |   |   |   | Northeastern Illinois University | 2005 | 2006 |
| 173 | x |   |   |   |   |   | Northeastern Illinois University | 2006 | 2007 |
| 174 |   |   |   |   |   |   | Northeastern Illinois University (A1 error - 680 list splashpage screenshot has edition years 2001-2003 for file name, but edition years 2002-2003 for PDF content) | 2002 | 2003 |
| 175 |   |   |   |   |   |   | Northeastern Illinois University (A1 error - 680 list splashpage screenshot has edition years 2003-2005 for file name, but edition years 2004-2005 for PDF content) | 2004 | 2005 |
| 176 |   |   |   |   |   |   | Oakland Community College | 2000 | 2001 |
| 177 |   |   |   |   |   |   | Oakland Community College | 2001 | 2002 |
| 178 |   |   |   |   |   |   | Oakland Community College | 2002 | 2003 |
| 179 |   |   |   |   |   |   | Oakland Community College | 2003 | 2004 |
| 180 |   |   |   |   |   |   | Oakland Community College | 2004 | 2005 |
| 181 |   |   |   |   |   |   | Oakland Community College | 2005 | 2006 |
| 182 |   |   |   |   |   | x | Oakland Community College | 2007 | 2008 |
| 183 |   |   |   |   |   | x | Oakland Community College | 2008 | 2009 |
| 184 |   |   |   |   |   |   | Ohio University-main Campus | 2001 | 2002 |
| 185 |   |   |   |   |   | x | Ohio University-Main Campus | 2007 | 2008 |
| 186 |   |   |   |   |   |   | Old Dominion University | 1996 | 1998 |
| 187 |   |   |   |   |   |   | Old Dominion University | 1998 | 2000 |
| 188 |   |   |   |   |   |   | Old Dominion University | 2000 | 2002 |
| 189 |   |   |   |   |   |   | Old Dominion University | 2002 | 2004 |
| 190 | x |   |   |   |   |   | Old Dominion University | 2004 | 2006 |
| 191 |   |   |   |   |   |   | Old Dominion University | 2009 | 2010 |
| 192 |   |   |   |   |   |   | Orange County Community College | 2004 | 2005 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 193 | x | | | | | | Orange County Community College | 2005 | 2007 |
| 194 | x | | | | | | Orange County Community College | 2007 | 2007 |
| 195 | | | | | | | Philadelphia Biblical University-Langhorne (a.k.a. Philadelphia College of Bible) | 1998 | 2000 |
| 196 | | | | | | | Philadelphia Biblical University-Langhorne (a.k.a. Philadelphia College of Bible) | 2001 | 2002 |
| 197 | | | | | | | Philadelphia Biblical University-Langhorne (a.k.a. Philadelphia College of Bible) | 2002 | 2004 |
| 198 | | | | | | | Philadelphia Biblical University-Langhorne (a.k.a. Philadelphia College of Bible) | 2004 | 2005 |
| 199 | x | | | | | x | Philadelphia Biblical University-Langhorne (a.k.a. Philadelphia College of Bible) | 2008 | 2009 |
| 200 | x | | | | | | Philadelphia Biblical University-Langhorne (a.k.a. Philadelphia College of Bible) | 2006 | 2007 |
| 201 | x | | | | | | Philadelphia Biblical University-Langhorne (a.k.a. Philadelphia College of Bible) | 2007 | 2008 |
| 202 | | | | | | x | Philadelphia Biblical University-new Jersey | 2008 | 2009 |
| 203 | | | | | | | Philadelphia Biblical University-New Jersey (a.k.a. Philadelphia College of Bible) | 1998 | 2000 |
| 204 | | | | | | | Philadelphia Biblical University-New Jersey (a.k.a. Philadelphia College of Bible) | 2001 | 2002 |
| 205 | | | | | | | Philadelphia Biblical University-New Jersey (a.k.a. Philadelphia College of Bible) | 2002 | 2004 |
| 206 | | | | | | | Philadelphia Biblical University-New Jersey (a.k.a. Philadelphia College of Bible) | 2004 | 2005 |
| 207 | x | | | | | | Philadelphia Biblical University-New Jersey (a.k.a. Philadelphia College of Bible) | 2006 | 2007 |
| 208 | x | | | | | | Philadelphia Biblical University-New Jersey (a.k.a. Philadelphia College of Bible) | 2007 | 2008 |
| 209 | | | | | | | Randolph-Macon Woman's College (a.k.a. Randolph College) | 2000 | 2001 |
| 210 | | | | | | | Randolph-Macon Woman's College (a.k.a. Randolph College) | 2001 | 2002 |
| 211 | | | | | | | Randolph-Macon Woman's College (a.k.a. Randolph College) | 2002 | 2003 |
| 212 | | | | | | | Randolph-Macon Woman's College (a.k.a. Randolph College) | 2003 | 2005 |
| 213 | x | | | | | | Randolph-Macon Woman's College (a.k.a. Randolph College) | 2005 | 2007 |
| 214 | | | | | | | Roger Williams University | 2000 | 2001 |
| 215 | | | | | | | Roger Williams University | 2002 | 2003 |
| 216 | | | | | | | Roger Williams University | 2003 | 2004 |
| 217 | | | | | | | Roger Williams University | 2001 | 2002 |
| 218 | | | | | | | Roger Williams University | 2004 | 2005 |
| 219 | | | | | | | Roger Williams University | 2005 | 2006 |
| 220 | x | | | | | | Roger Williams University | 2006 | 2007 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 221 | x | | | | | | Roger Williams University | 2007 | 2008 |
| 222 | x | | | | | | Santa Ana College | 2008 | 2009 |
| 223 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 1994 | 1995 |
| 224 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 1995 | 1996 |
| 225 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 1996 | 1997 |
| 226 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 1997 | 1998 |
| 227 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 1998 | 1999 |
| 228 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 1999 | 2000 |
| 229 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 2000 | 2001 |
| 230 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 2001 | 2002 |
| 231 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 2002 | 2003 |
| 232 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 2003 | 2004 |
| 233 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 2004 | 2005 |
| 234 | | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 2005 | 2006 |
| 235 | x | | | | | | Simon's Rock College of Bard (a.k.a. Bard College at Simon's Rock) | 2006 | 2007 |
| 236 | | | | | | | Southern Illinois University Carbondale | 2000 | 2001 |
| 237 | | | | | | | Southern Illinois University Carbondale | 2001 | 2002 |
| 238 | | | | | | | Southern Illinois University Carbondale | 2002 | 2003 |
| 239 | | | | | | | Southern Illinois University Carbondale | 2003 | 2004 |
| 240 | | | | | | | Southern Illinois University Carbondale | 2005 | 2006 |
| 241 | x | | | | | | Southern Illinois University Carbondale | 2006 | 2007 |
| 242 | | | | | | x | Southern Illinois University Carbondale | 2008 | 2009 |
| 243 | | | | | | | Southern Illinois University Carbondale (edition unspecified) | | |
| 244 | | | | | | | Southern Illinois University Carbondale (A1 error - 680 list splashpage screenshot has edition years 2001-2003 for file name, but edition years 2002-2003 for PDF content) | 2002 | 2003 |
| 245 | | | | | | | Southern Illinois University Carbondale (A1 error - 680 list splashpage screenshot has edition years 2003-2005 for file name, but edition years 2004-2005 for PDF content) | 2004 | 2005 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 246 | | | | | | | Southern West Virginia Community and Technical College | 2000 | 2001 |
| 247 | | | | | | | Southern West Virginia Community and Technical College | 2001 | 2002 |
| 248 | | | | | | | Southern West Virginia Community and Technical College | 2002 | 2003 |
| 249 | | | | | | | Southern West Virginia Community and Technical College | 2003 | 2004 |
| 250 | | | | | | | Southern West Virginia Community and Technical College | 2004 | 2005 |
| 251 | | | | | | | Southern West Virginia Community and Technical College | 2005 | 2006 |
| 252 | x | | | | | | Southern West Virginia Community and Technical College | 2006 | 2007 |
| 253 | | | | | | | SUNY College at Fredonia | 1999 | 2001 |
| 254 | | | | | | | SUNY College at Fredonia | 2003 | 2005 |
| 255 | x | | | | | | SUNY College at Fredonia | 2005 | 2007 |
| 256 | x | | | | | | SUNY College at Fredonia | 2007 | 2009 |
| 257 | | | | | | | SUNY College at Fredonia (A1 error - 680 list splashpage screenshot has edition years 2001-2003 for file name, but edition years 2003-2005 for PDF content) | 2001 | 2003 |
| 258 | | | | | | | SUNY College of Technology at Canton | 2001 | 2002 |
| 259 | | | | | | | SUNY College of Technology at Canton | 2003 | 2004 |
| 260 | | | | | | | SUNY College of Technology at Canton | 2004 | 2005 |
| 261 | | | | | | | SUNY College of Technology at Canton | 2005 | 2006 |
| 262 | x | | | | | | SUNY College of Technology at Canton | 2006 | 2007 |
| 263 | | | | | | | SUNY College of Technology at Canton (A1 error - 680 list splashpage screenshot has edition years 2002-2003 for file name, but edition years 2004-2005 for PDF content) | 2002 | 2003 |
| 264 | x | | | | | | Sweet Briar College | 2005 | 2006 |
| 265 | | | | x | | | Taft College | 1994 | 1996 |
| 266 | | | | x | | | Taft College | 1996 | 1998 |
| 267 | | | | | | | Taft College | 1998 | 2000 |
| 268 | | | | | | | Taft College | 2000 | 2002 |
| 269 | | | | | | | Taft College | 2002 | 2004 |
| 270 | x | | | | | | Taft College | 2005 | 2007 |
| 271 | x | | | | | | Technical Career Institutes | 2006 | 2007 |
| 272 | | | | | | | Towson University | 2000 | 2001 |
| 273 | | | | | | | Towson University | 2001 | 2002 |
| 274 | | | | | | | Towson University | 2002 | 2003 |
| 275 | | | | | | | Towson University | 2003 | 2004 |
| 276 | | | | | | | Towson University | 2004 | 2005 |
| 277 | | | | | | | Towson University | 2005 | 2006 |
| 278 | x | | | | | | Towson University | 2006 | 2007 |

| | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 279 | x | | | | | | Tulane University of Louisiana | 2008 | 2009 |
| 280 | x | | | | | | Tyler Junior College | 2006 | 2007 |
| 281 | | | x | | | | University of Central Oklahoma | 2002 | 2003 |
| 282 | | | x | | | | University of Central Oklahoma | 2003 | 2004 |
| 283 | | | x | | | | University of Central Oklahoma | 2004 | 2005 |
| 284 | | | x | | | | University of Central Oklahoma | 2005 | 2006 |
| 285 | | | x | | | | University of Central Oklahoma | 2006 | 2007 |
| 286 | | | | | | | University of Denver | 1997 | 1998 |
| 287 | | | | | | | University of Denver | 1998 | 2000 |
| 288 | | | | | | | University of Denver | 2001 | 2003 |
| 289 | | | | | | | University of Denver | 2003 | 2005 |
| 290 | x | | | | | | University of Denver | 2005 | 2006 |
| 291 | x | | | | | | University of Mary Washington | 2008 | 2009 |
| 292 | | | | | | | University of Nevada-Reno | 1994 | 1995 |
| 293 | | | | x | | | University of Nevada-Reno | 1995 | 1996 |
| 294 | | | | | | | University of Nevada-Reno | 1996 | 1997 |
| 295 | | | | | | | University of Nevada-Reno | 1997 | 1998 |
| 296 | | | | | | | University of Nevada-Reno | 1998 | 1999 |
| 297 | | | | | | | University of Nevada-Reno | 1999 | 2000 |
| 298 | | | | | | | University of Nevada-Reno | 2000 | 2001 |
| 299 | | | | | | | University of Nevada-Reno | 2001 | 2002 |
| 300 | | | | | | | University of Nevada-Reno | 2002 | 2003 |
| 301 | | | | | | | University of Nevada-Reno | 2003 | 2004 |
| 302 | x | | | | | | University of Nevada-Reno | 2004 | 2005 |
| 303 | x | | | | | | University of Nevada-Reno | 2006 | 2007 |
| 304 | | | | | | | Victor Valley College | 1998 | 1999 |
| 305 | | | | | | | Victor Valley College | 1999 | 2000 |
| 306 | | | | | | | Victor Valley College | 2000 | 2001 |
| 307 | | | | | | | Victor Valley College | 2001 | 2002 |
| 308 | | | | | | | Victor Valley College | 2002 | 2003 |
| 309 | | | | | | | Victor Valley College | 2003 | 2004 |
| 310 | | | | | | | Victor Valley College | 2004 | 2005 |
| 311 | x | | | | | | Victor Valley College | 2006 | 2007 |
| 312 | | | | | | | Warner Southern College (a.k.a. Warner University) | 2006 | 2008 |
| 313 | x | | | | | | Warner Southern College (a.k.a. Warner University) | 2008 | 2009 |
| 314 | x | | | | | | Waubonsee Community College | 2006 | 2007 |
| 315 | x | | | | x | | Waubonsee Community College | 2007 | 2008 |
| 316 | x | | | | | x | Wayland Baptist University | 2008 | 2009 |
| 317 | | | | | | x | Wayland Baptist University | 2009 | 2010 |
| 318 | | | | | | | Wells College | 2005 | 2006 |
| 319 | x | | | | | | Wells College | 2006 | 2007 |
| 320 | | | | | | | West Liberty State College (a.k.a. West Liberty University) | 2000 | 2002 |

|  | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 321 |  |  |  |  |  |  | West Liberty State College (a.k.a. West Liberty University) | 2002 | 2003 |
| 322 |  |  |  |  |  |  | West Liberty State College (a.k.a. West Liberty University) | 2003 | 2005 |
| 323 |  |  |  |  |  |  | West Liberty State College (a.k.a. West Liberty University) | 2004 | 2006 |
| 324 | x |  |  |  |  |  | West Liberty State College (a.k.a. West Liberty University) | 2005 | 2007 |
| 325 | x |  |  |  |  |  | West Liberty State College (a.k.a. West Liberty University) | 2006 | 2008 |
| 326 | x |  |  |  |  |  | West Liberty State College (a.k.a. West Liberty University) | 2008 | 2010 |
| 327 |  |  |  |  |  |  | Western Kentucky University | 2001 | 2003 |
| 328 |  |  |  |  |  |  | Western Kentucky University | 2003 | 2005 |
| 329 | x |  |  |  |  |  | Western Kentucky University | 2005 | 2007 |
| 330 |  |  |  |  |  |  | Western Kentucky University | 2009 | 2010 |
| 331 |  |  |  |  |  |  | Western New England College | 2000 | 2001 |
| 332 |  |  |  |  |  |  | Western New England College | 2001 | 2002 |
| 333 |  |  |  |  |  |  | Western New England College | 2002 | 2003 |
| 334 |  |  |  |  |  |  | Whatcom Community College | 1999 | 2001 |
| 335 |  |  |  |  |  |  | Whatcom Community College | 2001 | 2003 |
| 336 |  |  |  |  |  |  | Whatcom Community College | 2003 | 2005 |
| 337 | x |  |  |  |  |  | Whatcom Community College | 2005 | 2007 |
| 338 | x |  |  |  |  | x | Whatcom Community College | 2008 | 2010 |
| 339 |  |  |  |  |  |  | Wichita State University | 1995 | 1996 |
| 340 |  |  |  |  |  |  | Wichita State University | 1996 | 1997 |
| 341 |  |  |  |  |  |  | Wichita State University | 1997 | 1998 |
| 342 |  |  |  |  |  |  | Wichita State University | 1998 | 1999 |
| 343 |  |  |  |  |  |  | Wichita State University | 1999 | 2000 |
| 344 |  |  |  |  |  |  | Wichita State University | 2000 | 2001 |
| 345 |  |  |  |  |  |  | Wichita State University | 2001 | 2002 |
| 346 |  |  |  |  |  |  | Wichita State University | 2002 | 2003 |
| 347 |  |  |  |  |  |  | Wichita State University | 2003 | 2004 |
| 348 |  |  |  |  |  |  | Wichita State University | 2005 | 2006 |
| 349 | x |  |  |  |  |  | Wichita State University | 2006 | 2007 |